No. 87–197. GENERAL AMERICAN COMMUNICATIONS CORP. ET AL. *v.* NOTTINGHAM ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–198. SERRANO *v.* CITY OF GARY ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–199. COEUR D'ALENE TRIBE OF INDIANS *v.* IDAHO ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–200. VANYA ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–202. FONG ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 87–203. HARVEY *v.* SUBATCH. C. A. 1st Cir. Certiorari denied.

No. 87–207. KERR *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 87–209. SHERMAN COLLEGE OF STRAIGHT CHIROPRACTIC ET AL. *v.* AMERICAN CHIROPRACTIC ASSN., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–210. PRICE *v.* WARNECKE. C. A. 9th Cir. Certiorari denied.

No. 87–214. MOORE ET AL. *v.* BOATING INDUSTRY ASSNS. ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–218. YEITER, A LEGALLY INCAPACITATED PERSON, BY AND THROUGH HER GUARDIAN, YEITER *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 87–219. BASTIEN ET AL. *v.* R. ROWLAND & CO., INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–221. FOREMAN *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.